UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00035-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL ACEVES-ESPARZA, a/k/a Daniel Aceres,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, February 27, 2009,** and responses to these motions shall be filed by **Friday, March 13, 2009.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, March 20, 2009, at 11:00 a.m. in courtroom A-1002.** It is

FURTHER ORDERED that a three-day jury trial is set for **Monday, April 6, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: February 3, 2009.

                  BY THE COURT:

                  s/ Wiley Y. Daniel
                  Wiley Y. Daniel
                  Chief United States District Judge